**Dismissed and Memorandum Opinion filed November 6, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00685-CV

---

### DEBORAH LEWIS, Appellant

### V.

### BRANT ROCK APARTMENTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1043913**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from an order signed August 11, 2014, in an appeal from justice court. Our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207

(same). On September 3, 2014, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by September 15, 2014. No response was filed.

In addition, the clerk's record has not been filed in this appeal. On October 14, 2014, the Harris County Clerk's office notified this court that appellant has not paid for preparation of the record. That day, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to the court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.